1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

10  ROY MASON,

11                               Plaintiff,

12  v.

13  DJANI IVANOV, an individual doing
    business as THE HOPPING PIG
14  RESTAURANT & BAR; ANTHONY L.
15  ALLOS LIVING TRUST 06-01-90, and
    DOES 1-10, INCLUSIVE.
16
                                 Defendants.
17
18
19
20

Case No.:  18cv0946-JAH (BGS)

**ORDER GRANTING PLAINTIFF
ROY MASON'S MOTION FOR
LEAVE TO PROCEED IN FORMA
PAUPERIS [DOC. NO. 2].**

21      This matter comes before the Court on motion for leave to proceed *in forma*

22  *pauperis*. On May 14, 2018, Plaintiff Roy Mason ("Plaintiff") filed a complaint against

23  Defendants Djani Ivanov, an individual doing business as The Hopping Pig Restaurant &

24  Bar, and Anthony L. Allos Living Trust 06-01-90, (collectively, "Defendants") for

25  violating 42 U.S.C. § 12182, et. seq., more commonly referred to as the Americans

26  Disabilities Act ("ADA") of 1990.  Plaintiff also filed a motion for leave to proceed *in*

27  *forma pauperis* ("IFP"), pursuant to 28 U.S.C. § 1915(a). *See* Doc. No. 2.

28

1

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of *habeas corpus*, must pay a filing fee of $400[1]. *See* 28 U.S.C. § 1914(a). The action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Courts may grant leave to proceed IFP when plaintiffs submit an affidavit that includes a statement of all assets to show their inability to pay the statutory filing fee. *See* 28 U.S.C. § 1915(a).

Plaintiff, in support of his IFP motion, has submitted an application to proceed in district court without paying fees or costs. *See* Doc. No. 2. Plaintiff lists his monthly expenses as follows: $750.00 for rent; $30.00 for utilities; $150.00 for food; $10.00 for clothing; and $40.00 for laundry, totaling $980.00. *Id.*

Plaintiff is unemployed, collects $867.00 per month in disability benefits, and has no other source of income. *Id.* at 2, 3. Because Plaintiff's monthly expenses exceed his income, he requests monetary assistance from others on a regular basis. *Id.* at 5. Plaintiff expects no major changes to his financial status in the next twelve months. *Id.* Based on the information presented, the Court finds Plaintiff sufficiently demonstrates his inability to pay the filing fee required to pursue the instant action.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's motion for leave to proceed *in forma pauperis* is **GRANTED**.

2. The United States Marshal Service shall serve a copy of the complaint and summons upon Defendant as directed by Plaintiff on U.S. Marshal Form 285. All costs of service shall be advanced by the United States.

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $50. *See* U.S.C. § 1914(a) (Judicial Conference of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2014). The additional $50 administrative fee does not apply to persons granted leave to proceed IFP. *Id.*

3. Plaintiff shall serve upon Defendants or, if appearance has been entered by counsel, upon Defendants' counsel, a copy of every further pleading or other document submitted for consideration of the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on Defendants or Defendants' counsel and the date of service. Any paper received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a Certificate of Service may be disregarded.

DATED:   October 5, 2018

_____

HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

3