UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY MASON,<br><br>                Plaintiff,<br><br>   v.<br><br>DJANI IVANOV *doing business as* THE HOPPING PIG RESTAURANT & BAR; ANTHONY L. ALLOS LIVING TRUST 06-01-90, and DOES 1-10, INCLUSIVE.<br><br>                Defendants. | Case No. 18-cv-946-JAH-BGS<br><br>**ORDER:**<br><br>**1. VACATING SETTLEMENT DISPOSITION CONFERENCE**<br><br>**2. SETTING ORDER TO SHOW CAUSE HEARING** |

    In light of Plaintiff's notice of settlement (doc. no 16), filing irregularities, and information brought to this Court's attention regarding litigation by Plaintiff's counsel,[1] this Court finds it appropriate to vacate the Order Scheduling Settlement Disposition Conference and set an Order to Show Cause Hearing.

    The Court has concerns relating to Plaintiff's involvement in this action and whether an actual case or controversy and/or subject matter jurisdiction exists pursuant to Article III of the United States Constitution. Art. III, § 2, cl. 2. The Court

---

[1] The Court takes judicial notice of the action entitled *Jackson v. Dang et al.,* 18-cv-01380-CAB-WVG and *Jackson v. Smashburger Acquisition - San Diego LLC et al*., 18-cv-1944- JAH-WVG.

may confirm its own subject matter jurisdiction and evaluate for itself the merits of jurisdictional claims. *Augustine v. United States*, 704 F.2d 1074, 1077 (9th Cir. 1983). Plaintiff has the burden of establishing jurisdiction exists. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994).

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff, Plaintiff's counsel, and Defense *counsel* shall personally appear before this Court on **March 28, 2019 at 3:15 p.m.** to show cause why the action should not be dismissed for lack of subject-matter jurisdiction and/or lack of the existence of a case or controversy. Defendants need not personally appear.

The Settlement Disposition Conference set for April 15, 2019 before the Honorable Bernard G. Skomal, U.S. Magistrate Judge, is VACATED.

**IT IS FURTHER ORDERED** that:

(1) The Clerk of Court shall lodge, but not file, any pleadings or documents by Plaintiff or Defendants prior to the OSC hearing, until further order of the Court.

(2) Plaintiff and Plaintiff's counsel are hereby admonished that failure to comply with this Order, including failure to appear at the OSC hearing, may result in sanctions against Plaintiff and Plaintiff's counsel, jointly and severally.

**IT IS SO ORDERED**.

DATED: March 13, 2019

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE